IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| E3 GROUP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:02 CV 2700M |
| | ) |
| GREG SWICK and | ) |
| FRED KLEIN, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff E3 Group, Inc. and Defendants Greg Swick and Fred Klein hereby stipulate to the voluntary dismissal of all claims and causes of action asserted on behalf of Plaintiff against Greg Swick and Fred Klein with prejudice to refiling.

Respectfully submitted,

| | |
|---|---|
| Blake A. Bailey | Michael K. Hurst |
| State Bar No. 01514700 | State Bar No. 10316310 |
| David A. Buono II | Melinda Wyatt Gilliam |
| State Bar No. 24001806 | State Bar No. 24032352 |
| BROWN MCCARROLL, L.L.P. | GODWIN GRUBER, LLP |
| 2000 Trammell Crow Center | Renaissance Tower |
| 2001 Ross Avenue | 1201 Elm, Suite 1700 |
| Dallas, Texas 75201-2995 | Dallas, Texas 75270-2084 |
| (214) 999-6100 | (214) 939-4400 |
| (214) 999-6170 - Fax | (214) 760-7332 - Fax |
| ATTORNEYS FOR E3 GROUP, INC. | ATTORNEYS FOR GREG SWICK AND FRED KLEIN |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on all counsel of record via certified mail, return receipt requested on this the ___ day of March, 2003.

Blake A. Bailey

Respectfully submitted,

| | |
|---|---|
| Blake A. Bailey | Michael K. Hurst |
| State Bar No. 01514700 | State Bar No. 10316310 |
| David A. Buono II | Melinda Wyatt Gilliam |
| State Bar No. 24001806 | State Bar No. 24032352 |
| BROWN MCCARROLL, L.L.P. | GODWIN GRUBER, LLP |
| 2000 Trammell Crow Center | Renaissance Tower |
| 2001 Ross Avenue | 1201 Elm, Suite 1700 |
| Dallas, Texas 75201-2995 | Dallas, Texas 75270-2084 |
| (214) 999-6100 | (214) 939-4400 |
| (214) 999-6170 - Fax | (214) 760-7332 - Fax |
| ATTORNEYS FOR E3 GROUP, INC. | ATTORNEYS FOR GREG SWICK AND FRED KLEIN |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on all counsel of record via certified mail, return receipt requested on this the ___ day of March, 2003.

Blake A. Bailey

**STIPULATION FOR VOLUNTARY DISMISSAL - Page 2**

DAL:486106.1
36204.8